116 F.3d 468
 James J. Kudrako
v.
Lehman, Com., now Horn, Inter Ali, Mr. Kyler, Superintendent
Acting and Officers to be Named, John Doe, Mail Room
Supervisor at State Correctional Institution at Camp Hill,
Lieutenant Smith, Sergeant Fisher, Lieutenant Rohdes, John
Doe, E-Block C.O. I, John Doe, D-Block C.O. I, Department of
Corrections of Pennsylvania, Mr. Imschweiller, Mailroom Supervisor
 NO. 96-7639
 United States Court of Appeals,
Third Circuit.
 May 06, 1997
 Appeal From: M.D.Pa. ,No.96-cv-00332
 
 1
 Affirmed.